UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES HOWARD ROBINSON,<br><br>    Petitioner,<br><br>  v.<br><br>STATE OF WASHINGTON,<br><br>    Respondent. | CASE NO. C08-5006BHS<br><br>SHOW CAUSE ORDER RE FILING FEE AND REMOVAL |

This matter comes before the Court upon a review of the file. On January 3, 2008, Petitioner filed a notice of removal. Dkt. 1. Petitioner did not file a civil cover sheet as required by Local Rule CR 3(a). Petitioner has not filed an application for in forma pauperis status and has not paid the filing fee. Failure to do so may result in dismissal of this action.

In addition, Petitioner is advised that Local Rule CR 101(b) states that each petitioner for removal under Chapter 89 of Title 28, U.S.C., shall, within ten days of filing his notice of removal, file with the clerk of this court copies of all additional records and proceedings in the state court, together with his or his counsel's verification that they are true and complete copies of all the records and proceedings in the state court proceeding. The copies need not be certified or exemplified by the State Court, and the added cost of certification or exemplification will not be allowed as a cost item under 28

ORDER - 1

1  U.S.C. § 1920(4) unless certification is required after an opposing party challenges the
2  accuracy of the copies.
3       Pursuant to Local Rule CR 101(c), if a motion is pending and undecided in the
4  state court at the time of removal, it will not be considered unless and until the moving
5  party notes the motion on this court's calendar in accordance with Local Rule 7(d).
6       Petitioner is therefore cautioned that this case may be dismissed without further
7  notice to Petitioner on February 22, 2008, unless Petitioner pays the filing fee or files for
8  in forma pauperis status and complies with Local Rules CR 3(a) and 101.
9       Dated this 25th day of January, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2